UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GIOVANNI GIL,

               Plaintiff,

        -against-

EXPERIAN INFORMATION SOLUTIONS, INC.,
and FIRST PREMIER BANK,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 19 Civ. 07137 (ENV) (ST)

ECF Case

**Application Granted
SO ORDERED
Brooklyn, New York
Dated: 6/26/2020**

*s/Eric N. Vitaliano*
_____
Eric N. Vitaliano
United States District Judge

## JOINT VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby voluntarily dismisses the above-captioned Action with prejudice as to Defendant First Premier Bank Card, LLC, each party to bear its own attorney's fees. Defendant First Premier Bank Card, LLC consents to this voluntarily dismissal with prejudice through undersigned counsel.

Dated this 25th day of June, 2020

| | |
|---|---|
| */s/ Adam J. Fishbein* | */s/ Justin W. Lamson* |
| Adam J. Fishbein | Justin W. Lamson |
| Attorney At Law | BALLARD SPAHR LLP |
| 735 Central Avenue | 1675 Broadway, Floor 19 |
| Woodmere, New York 11598 | New York, New York 00019-5820 |
| Telephone: 516-668-6945 | Telephone: 212-223-0200 |
| fishbeinadamj@gmail.com | lamsonjw@ballardspahr.com |
| | |
| *Counsel for Plaintiff Geovanny Gil* | *Counsel for Defendant First Premier Bank Card, LLC* |